UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

CASSANDRA PIERRE,

              Plaintiff,

      - against -

TUSK ENTERPRISES, LLC d/b/a RHINO
MEDICAL SERVICES AND HOSPITALISTS PLUS,
PREMISE HEALTH, and THE GOLDMAN SACHS
GROUP, INC.,

              Defendants.

-----------------------------------------------------------------------X

Case No. 1:21-cv-07321-LAP

**NOTICE OF DISMISSAL**

**PLEASE TAKE NOTICE**, that Plaintiff, by and through her attorneys at Phillips & Associates, Attorneys at Law, PLLC, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby state that all claims asserted in the present action against the Defendants, all non-appearing parties, are dismissed <u>without prejudice to renew</u>, and without costs or fees to any party.

Dated: New York, New York
         September 29, 2021

                                      PHILLIPS & ASSOCIATES,
                                      ATTORNEYS AT LAW, PLLC

                                      By: _____
                                        Steven Fingerhut, Esq.
                                        *Attorneys for Plaintiff*
                                        45 Broadway, Suite 430
                                        New York, New York 10006
                                        (212) 248-7431
                                        sfingerhut@tpglaws.com